HENRY S. STRAUSS, Appellant, *v.* EASTERN BREWING COMPANY, Respondent.

*Strauss* v. *Eastern Brewing Co.*, 134 App. Div. 174, 930, affirmed. (Submitted October 27, 1911; decided November 21, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 8, 1909, sustaining defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, and granting a motion for a new trial in an action to recover broker's commissions.

*Samuel H. Guggenheimer* for appellant.

*Jay C. Guggenheimer* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.